**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**vs.**                      **CASE NO.: 1:02-CR-024-SPM**

**BRYAN TAYLOR,**

     **Defendant.**

_____/

**ORDER CONTINUING VIOLATION HEARING**

**THIS CAUSE** comes before the Court upon "Defendant's Unopposed Motion to Continue Revocation Hearing" (doc. 399) filed July 26, 2006, in which defense counsel requests to postpone the hearing until after the State of Florida makes a decision on whether to file an information on the state charges out of which the instant case arose.  A case management hearing is set in the state case for August 15, 2006.

The motion is unopposed by the Government.  For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1.     Defendant's Motion to Continue (doc. 399) is hereby *granted*.

2.     The hearing is reset for ***Tuesday, September 5, 2006*** at ***1:30pm***

at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>twenty-seventh</u> day of July, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge