IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

vs.                                        **CASE NO.: 1:02-CR-024-SPM**

**BRIAN TAYLOR,**

      Defendant.

_____/

## ORDER CONTINUING VIOLATION HEARING

**THIS CAUSE** comes before the Court upon "Defendant's Unopposed Motion to Continue Revocation Hearing" (doc. 401) filed August 22, 2006, in which defense counsel requests to postpone the hearing until October 6, 2006, the next court date on the underlying state charges.

The motion is unopposed by the Government. For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1.     Defendant's Motion to Continue (doc. 401) is hereby *granted*.

2.     The hearing is reset for **Monday, November 6, 2006** at **1:30pm**

at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>twenty-fourth</u> day of August, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge